RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for CAMERON JAMES KENNEDY.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00437-JCM-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| CAMERON JAMES KENNEDY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Nicholas Dickinson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Cameron James Kennedy, that the Revocation Hearing currently scheduled on January 8, 2018, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel has been informed that the defendant is being treated for a medical issue which requires the defendant to remain isolated from the public, during his treatment period.

2. Additionally, defendant has a pending state mater which is directly related to violation listed in the petition. The parties are waiting for the resolution of the defendant pending state matter.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 5th day of January, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Nicholas Dickinson*<br>By_____<br>NICHOLAS DICKINSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00437-JCM-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| CAMERON JAMES KENNEDY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, January 4, 2018 at 10:30 a.m., be vacated and continued to **Monday, March 12, 2018 at 10:00 a.m.**

DATED January 8, 2018.

*[signature]*
UNITED STATES DISTRICT JUDGE